R



FILED BR
DEC 1 4 2007 CM
DEC 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** JENNIE VALENCIA

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Stuart D. Fullerton
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Jennie Valencia
#17361-424
Victorville Med II - SAT
P.O. Box 5100
Adelanto, CA 92301

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07cv7039
JUDGE GETTLEMAN
MAG. JUDGE KEYS

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*  **Date:** 12/14/2007

Gettleman  04 C 915-17
Keys